```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

MICHAEL B. ADKINS; FRANCIS          )
BOGNER; JAYME DEAN BOGNER;          )
SHIPING CHEN; LIJIE SHENG; DAVID    )
DAVISON; CHINHUI DAVISON;           )
TIMOTHY R. DIENHART; GARY           )
KOEHLER; DAVID PETERS; DONNA        )
PETERS; DJ REPPAS VENTURES, INC.;   )
DAVID W. REPPAS; JULIE A. REPPAS;   )
KENDRA SEILER; LANCE SEILER; ERIC   )
ROBERT TAYLOR; KURT WILL;           )
TERRI WILL; and WILLWRITE           )
PRODUCTIONS, INC.,                  )
                                    )
            Plaintiffs              )
                                    )   No. 3:07-0420
v.                                  )   Judge Trauger/Brown
                                    )
MID-AMERICA ENERGY, INC.;           )
MID-AMERICA OIL & GAS, LLC;         )
GARY MILBY; FORT KNOX OIL #8,       )
LLP; FORT KNOX OIL #10, LLP;        )
FORT KNOX OIL #11, LLP; FORT        )
KNOX OIL #12, LLP; and              )
FORT KNOX OIL #14, LLP,             )
                                    )
            Defendants              )

**<u>O R D E R</u>**

This matter having come before this Court on the Motion for Entry of Default Judgment (Docket Entry 22) filed by the Plaintiffs, this Court having considered the motion and record in this case adopts the report and recommendation of the Magistrate Judge and hereby concludes that the motion should be **GRANTED**.

The Court further finds as follows:

A. The Defendants Mid-America Energy, Inc.; Mid-America Oil & Gas, LLC; Gary M. Milby; Fort Knox #8, LLP; Fort Knox #10,

LLP; Fort Knox #11, LLP; Fort Knox #12, LLP; and Fort Knox #14, LLP (Defendants) were served by personal service on June 17, 2007.

    B.   The Defendants failed to respond to or otherwise defend the allegations in the complaint.

    C.   The Defendants failed to respond to the motion (Docket Entry 22) filed on July 16, 2007.

    D.   The Plaintiffs are entitled to a default judgment against the Defendants.

    E.   This case involves rescissionary damages in the amount of $746,500 apparent and calculable according to the complaint.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States Judge